UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:14-cv-62323-JIC

ANTHONY BRYSON SR.,

   Plaintiff,

vs.

OTTO BERGES, BERGES LAW GROUP, P.A.; CONSUMER PROTECTION COUNSEL, P.A.; DEBT BE GONE LLC; GREGORY FISHMAN,

   Defendants.

DEFENDANTS' NOTICE OF
WITHDRAWAL OF FIRST AMENDMENT DEFENSE

  Defendants Otto Bergés, Bergés Law Group, P.A., Consumer Protection Counsel, P.A., Debt Be Gone LLC, and Gregory Fishman provide notice of their withdrawal of their Seventh Affirmative Defense - First Amendment as Applied to Defendants. (ECF No. 64, pp.13-14; ECF No. 65, pp.11-12).

              Respectfully submitted,

              D. Patricia Wallace & Walter J. Mathews
              Fla. Bar Nos. 0185930 & 0174319
              Mathews Wallace LLP
              Attorneys for Defendants
              212 SE 8th Street, Suite 103
              Fort Lauderdale, Florida 33316
              Tel:   954-463-1929; Fax 954-653-2963
              pwallace@mathewsllp.com


              By:   s/ D. Patricia Wallace

Case No. 0:14-cv-62323-JIC

CERTIFICATE OF SERVICE

I certify that that on September 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Matthew Moore (matthew@cvhlawgroup.com), Chad Thomas Van Horn (chad@cvhlawgroup.com), Nathan E. DeLadurantey (Nathan@dela-law.com), and Heidi N. Miller (Heidi@dela-law.com), counsel for Plaintiff, and Peter M. Bryce (peter.bryce@usdoj.gov), counsel for the United States, via e-mail or transmission of Notices of Electronic Filing generated by CM/ECF.

    s/ D. Patricia Wallace

    D. Patricia Wallace