UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:14-cv-62323-JIC

ANTHONY BRYSON, SR.,

          Plaintiff,

   v.

OTTO BERGES, et al.

          Defendants. /

## UNITED STATES OF AMERICA'S SUPPLEMENTAL
## NOTICE REGARDING POTENTIAL PARTICIPATION

In light of Defendants' Notice of Withdrawal of First Amendment Defense, Dkt. 164, and after conferring with counsel for Defendants, the undersigned counsel for the United States understands that this case no longer involves a constitutional challenge to the Credit Repair Organizations Act, 15 U.S.C. §§ 1679*ff* ("CROA"). Based on that understanding, the undersigned no longer intends to seek authorization from the Solicitor General to intervene in this action on behalf of the United States.

Dated: September 3, 2015

          Respectfully submitted,

          BENJAMIN C. MIZER
          Principal Deputy Assistant Attorney General

          WIFREDO A. FERRER
          United States Attorney

          ERIC WOMACK
          Assistant Branch Director

By:   */s/ Peter M. Bryce*
      PETER M. BRYCE
      Special Fla. # A5502094

                                        Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 616-8335
Facsimile:   (202) 616-8470
Peter.Bryce@usdoj.gov

*Counsel for the United States*

## Certificate of Service

**I hereby certify** that on September 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for any counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/   Peter M. Bryce
Peter M. Bryce
*Counsel for the United States*

## SERVICE LIST

**Bryson v. Berges, et al.**
**Case No. 14-62323-CIV-JIC**

Heidi N. Miller
DeLadurantey Law Office LLC
735 W. Wisconsin Avenue
Suite 720
Milwaukee, WI 53233
414-377-0515
Email: heidi@dela-law.com

*Via ECF*

Nathan E. DeLadurantey
DeLadurantey Law Office LLC
735 W. Wisonsin Avenue
Suite 720
Milwaukee, WI 53233
414-377-0515
Email: nathan@dela-law.com

*Via ECF*

Chad Thomas Van Horn
Van Horn Law Group, P.A.
330 N. Andrews Ave.
Suite 450
Fort Lauderdale, FL 33301
954-765-3166
Fax: 954-756-7103
Email: chad@cvhlawgroup.com

*Via ECF*

Dorothy Patricia Wallace
Mathews Wallace, LLP
Courthouse Law Plaza
212 SE 8th Street
Suite 103
Ft. Lauderdale, FL 33316
954-463-1929
Fax: 954 463-1920
Email: pwallace@wjmlawfirm.com

*Via ECF*

Richard Joseph Zaden
Seiler, Sautter, Zaden, Rimes & Wahlbrink
2850 N Andrews Avenue
Fort Lauderdale, FL 33311
954-568-7000
Fax: 954-568-2152
Email: RZADEN@SSZRLAW.COM

*Via ECF*

Steven A. Wahlbrink
Seiler, Sautter, Zaden, Rimes & Wahlbrink
2850 North Andrews Avenue
Fort Lauderdale, FL 33311
954-568-7000
Fax: 954-568-2152
Email: swahlbrink@sszrlaw.com

*Via ECF*