UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62323-CIV-COHN/SELTZER

ANTHONY BRYSON SR.,

    Plaintiff,

v.

OTTO BERGES; BERGES LAW
GROUP, P.A.; CONSUMER
PROTECTION COUNSEL, P.A.; DEBT
BE GONE LLC; GREGORY FISHMAN;
and SHIELDED NETWORK, LLC,
f/k/a Shielded Legal Network, LLC,

    Defendants.
_____/

## **FINAL JUDGMENT**

**THIS CAUSE** is before the Court upon the receipt of the jury's verdict [DE 183].

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff Anthony Bryson Sr. and against Defendants Otto Bergés; Bergés Law Group, P.A.; Consumer Protection Counsel, P.A.; and Debt Be Gone LLC. Plaintiff shall recover from these Defendants, jointly and severally, compensatory damages of $660.00. Further, Plaintiff shall recover the following amounts of punitive damages: $15,000.00 from Defendant Otto Bergés; $3,750.00 from Defendant Bergés Law Group, P.A.; $3,750.00 from Defendant Consumer Protection Counsel, P.A.; and $2,500.00 from Defendant Debt Be Gone, LLC. These awards of compensatory and punitive damages shall bear interest at the rate of 0.39% per annum from the date of this Final Judgment, for all of which let execution issue.

2. Judgment is hereby entered in favor of Defendant Gregory Fishman and against Plaintiff Anthony Bryson Sr.  Plaintiff shall recover nothing from Defendant Gregory Fishman in this action.

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of September, 2015.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF